UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2015 AUG -3 P 4:42
US DISTRICT COURT
HARTFORD CT

| UNITED STATES OF AMERICA | : | Criminal No. 3:15CR140 (VLB) |
|---|---|---|
| v. | : | Violation: 18 U.S.C. § 2314 |
| | : | (Interstate Transportation of Money |
| ALEXANDER BERGEN | : | Obtained by Fraud) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

### The Defendant

1. At all times relevant to this Information, the defendant ALEXANDER BERGEN resided in Bethel or Danbury, Connecticut. Beginning in or about 2012, BERGEN created and operated CT Wholesale, a company he used to sell products on the internet.

2. Beginning in or about 2013, BERGEN began to accept investment funds from individuals (hereafter "victims") who wanted to make a return on their investment. BERGEN represented to the victims that he would use their investment funds solely to purchase products for CT Wholesale to then resell the products via the internet. BERGEN represented to the victims that they would receive their principal investment back with a profit in a specified period of time.

3. In some cases, BERGEN entered into written investment agreements with victims in which he expressly represented that the investment funds provided by the victim would be used solely to purchase products that CT Wholesale would resell.

### BERGEN Engages in a Scheme to Defraud His Victims and Uses Their Investment Funds for Personal Expenses

4. From in or about January 2013 to in or about December 2013, BERGEN received more than $300,000 from victims to purchase products. Despite representing to the victims that all of

their funds would be used solely to purchase products for resale by CT Wholesale, BERGEN did not use these funds solely to purchase products.

5. During 2013, BERGEN knowingly used approximately $150,000 of the victims' money to pay for his personal credit card bills which included personal expenses for fine dining, travel, and to shop at high-end retail stores. When BERGEN used the victims' funds to pay for his personal expenses, he knowingly engaged in a scheme to defraud his victims and to wrongfully take and convert their funds without the victims' knowledge and consent.

6. Although he received more than $300,000 from his victims, BERGEN returned less than $40,000 of the funds to his victims. Collectively, the victims lost approximately $286,000 of the investment funds they provided to BERGEN as a result of his misuse of the funds to pay for his personal expenses.

7. From in or about January 2013 to in or about December 2013, in the District of Connecticut and elsewhere, the defendant ALEXANDER BERGEN knowingly did transport, transmit and transfer in interstate commerce money having a value of more than $5,000, knowing the same to have been stolen, converted and taken by fraud by using investor funds to pay his personal credit card bills by sending more than $150,000 in interstate commerce from Connecticut to New York to pay his personal credit card bills.

All in violation of Title 18, United States Code, Section 2314.

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

RICHARD J. SCHECHTER
SENIOR LITIGATION COUNSEL